**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: CFINE LLC § Case No. 19-42069-ESS
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lori Lapin Jones, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $200.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,368,499.30 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $231,500.70 | | |

3) Total gross receipts of $2,600,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,600,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,424,552.00 | $2,348,499.30 | $2,348,499.30 | $2,348,499.30 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $231,414.45 | $231,500.70 | $231,500.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| **TOTAL DISBURSEMENTS** | $2,424,552.00 | $2,599,913.75 | $2,600,000.00 | $2,600,000.00 |

4) This case was originally filed under chapter 7 on 04/05/2019. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/03/2020      By: /s/ Lori Lapin Jones, Trustee
                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ONE STORY WARE HOUSE, Fee Simple Ownership, Valuation Method: | 1110-000 | $2,600,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,600,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NEW YORK CITY DEPARTMENT OF FINANCE | 4700-000 | NA | $64,609.92 | $64,609.92 | $64,609.92 |
| | New York City Water Board | 4120-000 | NA | $1,398.91 | $1,398.91 | $1,398.91 |
| | Pacific City Bank | 4110-000 | NA | $2,282,490.47 | $2,282,490.47 | $2,282,490.47 |
| N/F | PACIFIC CITY BANK | 4110-000 | $2,424,552.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,424,552.00** | **$2,348,499.30** | **$2,348,499.30** | **$2,348,499.30** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lori Lapin Jones | 2100-000 | NA | $100,041.59 | $100,041.59 | $100,041.59 |
| Trustee, Expenses - Lori Lapin Jones | 2200-000 | NA | $85.65 | $85.65 | $85.65 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $0.00 | $86.25 | $86.25 |
| Other Chapter 7 Administrative Expenses - Con Edison | 2990-000 | NA | $358.32 | $358.32 | $358.32 |
| Other Chapter 7 Administrative Expenses - Trustee Insurance Agency | 2990-000 | NA | $1,376.97 | $1,376.97 | $1,376.97 |
| Attorney for Trustee Fees (Other Firm) - La Monica Herbst & Maniscalco, LLP | 3210-000 | NA | $22,694.00 | $22,694.00 | $22,694.00 |
| Attorney for Trustee Expenses (Other Firm) - La Monica Herbst & Maniscalco, LLP | 3220-000 | NA | $1,092.92 | $1,092.92 | $1,092.92 |
| Accountant for Trustee Fees (Other Firm) - Joseph A. Broderick, P.C. | 3410-000 | NA | $2,765.00 | $2,765.00 | $2,765.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - MYC & ASSOCIATES, INC. | 3510-000 | NA | $103,000.00 | $103,000.00 | $103,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$231,414.45** | **$231,500.70** | **$231,500.70** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## **EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lori Lapin Jones, Esq., Solely as Chapter 7 Trustee of KPA Studio, Inc. | 7100-000 | NA | $20,000.00 | $20,000.00 | $20,000.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$20,000.00** | **$20,000.00** | **$20,000.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 19-42069-ESS  
Case Name: CFINE LLC  
For Period Ending: 06/03/2020

Trustee Name: (521860) Lori Lapin Jones  
Date Filed (f) or Converted (c): 04/05/2019 (f)  
§ 341(a) Meeting Date: 05/03/2019  
Claims Bar Date: 12/24/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | Unknown | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT Account at Chase, xxxxxx5583 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | ONE STORY WARE HOUSE, Fee Simple Ownership, Valuation Method: | 2,340,000.00 | 2,600,000.00 | | 2,600,000.00 | FA |
| 3 | **Assets Totals (Excluding unknown values)** | **$2,340,200.00** | **$2,600,000.00** | | **$2,600,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/29/19 - File application to retain counsel.  
5/2/19 - Order approving retention of counsel.  
5/3/19 - 341 meeting.  
6/25/19 - File application to employ accountant.  
7/2/19 - Order approving retention of accountant.  
8/20/19 - Receipt/deposit of sale deposit.  
8/23/19 - File application to employ real estate broker.  
9/5/19 - Order approving retention of real estate broker.  
9/24/19 - File motion to approve sale.  
        Request bar date.  
9/25/19 - Bar date set (12/24/19).  
10/22/19 - Sale hearing.  
11/4/19 - Order approving sale.  
12/3/19 - Sale closing.  
        Pay mortgage pursuant to Court Order.  
3/10/20 - File motion to set proof of claim amount.  
3/26/20 - Order setting proof of claim amount.

**Initial Projected Date Of Final Report (TFR):** 06/30/2020       **Current Projected Date Of Final Report (TFR):** 03/26/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 19-42069-ESS | Trustee Name: | Lori Lapin Jones (521860) |
|---|---|---|---|
| Case Name: | CFINE LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***3391 | Account #: | ******1900 Checking |
| For Period Ending: | 06/03/2020 | Blanket Bond (per case limit): | $48,172,046.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/20/19 | {3} | Indigo Management Inc. (incoming wire) | Sale deposit | 1110-000 | 260,000.00 | | 260,000.00 |
| 12/01/19 | 101 | NEW YORK CITY DEPARTMENT OF FINANCE | 4-0905-0079 (real estate taxes) | 4700-000 | | 64,609.92 | 195,390.08 |
| 12/01/19 | 102 | New York City Water Board | 4-0905-0079 (water charges) | 4120-000 | | 1,398.91 | 193,991.17 |
| 12/03/19 | {3} | Yisroel Y Leshkowitz (Chase Cashier's check) | Sale proceeds | 1110-000 | 2,340,000.00 | | 2,533,991.17 |
| 12/03/19 | 103 | Trustee Insurance Agency | Insurance for 103-15 101st Street, Ozone Park, NY | 2990-000 | | 1,376.97 | 2,532,614.20 |
| 12/03/19 | 104 | Pacific City Bank | Payment on mortgage pursuant to Court approved stipulation | 4110-000 | | 2,282,490.47 | 250,123.73 |
| 01/06/20 | 105 | International Sureties, Ltd. | Bond Premium - 1/1/20 - 1/1/21 | 2300-000 | | 86.25 | 250,037.48 |
| 01/13/20 | 106 | Con Edison | Account No. **-****-****-*006-2 | 2990-000 | | 358.32 | 249,679.16 |
| 05/21/20 | 107 | Lori Lapin Jones | Distribution payment - Dividend paid at 100.00% of $100,041.59; Claim # FEE; Filed: $100,041.59 | 2100-000 | | 100,041.59 | 149,637.57 |
| 05/21/20 | 108 | Lori Lapin Jones | Distribution payment - Dividend paid at 100.00% of $85.65; Claim # TE; Filed: $85.65 | 2200-000 | | 85.65 | 149,551.92 |
| 05/21/20 | 109 | La Monica Herbst & Maniscalco, LLP | Distribution payment - Dividend paid at 100.00% of $22,694.00; Claim # ; Filed: $22,694.00 | 3210-000 | | 22,694.00 | 126,857.92 |
| 05/21/20 | 110 | La Monica Herbst & Maniscalco, LLP | Distribution payment - Dividend paid at 100.00% of $1,092.92; Claim # ; Filed: $1,092.92 | 3220-000 | | 1,092.92 | 125,765.00 |
| 05/21/20 | 111 | Joseph A. Broderick, P.C. | Distribution payment - Dividend paid at 100.00% of $2,765.00; Claim # ; Filed: $2,765.00 | 3410-000 | | 2,765.00 | 123,000.00 |
| 05/21/20 | 112 | MYC & ASSOCIATES, INC. | Distribution payment - Dividend paid at 100.00% of $103,000.00; Claim # ; Filed: $103,000.00 | 3510-000 | | 103,000.00 | 20,000.00 |
| 05/21/20 | 113 | Lori Lapin Jones, Esq., Solely as Chapter 7 Trustee of KPA Studio, Inc. | Distribution payment - Dividend paid at 100.00% of $20,000.00; Claim # 1; Filed: $20,000.00 Voided on 05/21/2020 | 7100-004 | | 20,000.00 | 0.00 |
| 05/21/20 | 113 | Lori Lapin Jones, Esq., Solely as Chapter 7 Trustee of KPA Studio, Inc. | Distribution payment - Dividend paid at 100.00% of $20,000.00; Claim # 1; Filed: $20,000.00 Voided: check issued on 05/21/2020 | 7100-004 | | -20,000.00 | 20,000.00 |
| 05/21/20 | 114 | Lori Lapin Jones, Esq., Solely as Chapter 7 Trustee | Distribution payment - Dividend paid at 100.00% of $20,000.00; Claim # 1; Filed: $20,000.00 | 7100-000 | | 20,000.00 | 0.00 |
| | | | **COLUMN TOTALS** | | 2,600,000.00 | 2,600,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,600,000.00 | 2,600,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,600,000.00** | **$2,600,000.00** | |

*{ } Asset Reference(s)*  **UST Form 101-7-TDR ( 10 /1/2010)**  *! - transaction has not been cleared*

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-42069-ESS | **Trustee Name:** | Lori Lapin Jones (521860) |
| **Case Name:** | CFINE LLC | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***3391 | **Account #:** | ******1900 Checking |
| **For Period Ending:** | 06/03/2020 | **Blanket Bond (per case limit):** | $48,172,046.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $2,600,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,600,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1900 Checking | $2,600,000.00 | $2,600,000.00 | $0.00 |
| | **$2,600,000.00** | **$2,600,000.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)